IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FLOYD LOWE,

    Plaintiff,                    No. CIV S-06-1623 LKK DAD P

    vs.

CALIFORNIA DEP'T OF CORRECTIONS, et al.,

    Defendants.            <u>ORDER</u>

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of October 2, 2007. The court will grant the request; however, plaintiff is advised that the lock-down status of the institution where he is incarcerated will not serve as grounds for any further extension of time for this purpose. Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's October 10, 2007 request for an extension of time is granted; and

        2. Plaintiff is granted sixty days from the date of this order in which to file an amended complaint.

DATED: October 15, 2007.

DAD:bb/4
lowe1623.36amc

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE