1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   FLOYD LOWE,

11          Plaintiff,                    No. CIV S-06-1623 LKK DAD P

12      vs.

13   CALIFORNIA DEP'T OF
     CORRECTIONS, et al.,
14
            Defendants.                   ORDER
15   _____/

16

17          Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42

18   U.S.C. § 1983 and has filed an application to proceed in forma pauperis under 28 U.S.C. § 1915.

19   This proceeding was referred to the undersigned magistrate judge in accordance with Local Rule

20   72-302 and 28 U.S.C. § 636(b)(1).

21          Plaintiff has submitted an in forma pauperis application that makes the showing

22   required by 28 U.S.C. § 1915(a).  Accordingly, plaintiff will be granted leave to proceed in forma

23   pauperis.

24          Plaintiff is required to pay the statutory filing fee of $350.00 for this action.  See

25   28 U.S.C. §§ 1914(a) & 1915(b)(1).  An initial partial filing fee of $1.67 will be assessed by this

26   order.  See 28 U.S.C. § 1915(b)(1).  By separate order, the court will direct the appropriate

1

agency to collect the initial partial filing fee from plaintiff's prison trust account and forward it to the Clerk of the Court.  Thereafter, plaintiff will be obligated to make monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account. These payments will be collected and forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full.  See 28 U.S.C. § 1915(b)(2).

Plaintiff's amended complaint appears to state cognizable claims for relief against defendants Noriega, Martin, Hsieh and Padilla pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.  However, plaintiff's complaint sets forth no factual allegations concerning defendants Carey, Traquina, Rodriguez, Basi, Freese, David, Haseltine, Parks, and Bakewell.  There can be no liability under 42 U.S.C. § 1983 unless there is some affirmative link or connection between a defendant's actions and the claimed deprivation. Rizzo v. Goode, 423 U.S. 362 (1976); May v. Enomoto, 633 F.2d 164, 167 (9th Cir. 1980); Johnson v. Duffy, 588 F.2d 740, 743 (9th Cir. 1978).  Vague and conclusory allegations of official participation in civil rights violations are not sufficient.  Ivey v. Board of Regents, 673 F.2d 266, 268 (9th Cir. 1982).  In addition, supervisory personnel are generally not liable under § 1983 for the actions of their employees under a theory of respondeat superior and, therefore, when a named defendant holds a supervisorial position, the causal link between him and the claimed constitutional violation must be specifically alleged.  See Fayle v. Stapley, 607 F.2d 858, 862 (9th Cir. 1979); Mosher v. Saalfeld, 589 F.2d 438, 441 (9th Cir. 1978).  Therefore, the court will not order service on defendants Carey, Traquina, Rodriguez, Basi, Freese, David, Haseltine, Parks, and Bakewell.

On November 28, 2007 and May 21, 2008, plaintiff filed applications to proceed in forma pauperis.  In light of this order concerning plaintiff's application, filed on July 24, 2006, plaintiff's subsequent applications will be denied as unnecessary.

1           Accordingly, IT IS HEREBY ORDERED that:

2           1.  Plaintiff's July 24, 2006 application to proceed in forma pauperis (Doc. No. 2)

3 is granted.

4           2.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.

5 Plaintiff is assessed an initial partial filing fee of $1.67.  All fees shall be collected and paid in

6 accordance with this court's order to the Director of the California Department of Corrections

7 and Rehabilitation filed concurrently herewith.

8           3.  Service of the amended complaint is appropriate for the following defendants:

9 Dr. Noriega, Dr. Martin, Dr. Hsieh and correctional officer Padilla.

10          4.  The Clerk of the Court shall send plaintiff four USM-285 forms, one

11 summons, an instruction sheet and a copy of the amended complaint filed November 28, 2007

12 (Doc. No. 9).

13          5.  Within thirty days from the date of this order, plaintiff shall complete the

14 attached Notice of Submission of Documents and submit all of the following documents to the

15 court at the same time:

16                a.  The completed, signed Notice of Submission of Documents;

17                b.  One completed summons;

18                c.  One completed USM-285 form for each defendant listed in number 3

19                above; and

20                d.  Five copies of the endorsed amended complaint filed November 28,

21                2007.

22          6.  Plaintiff shall not attempt to effect service of the amended complaint on

23 defendants or request a waiver of service of summons from any defendant.  Upon receipt of the

24 above-described documents, the court will direct the United States Marshal to serve the above-

25 named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

26 /////

7.  Plaintiff's applications to proceed in forma pauperis, filed on November 28, 2007 and May 21, 2008 (Docs. No. 10 & 11) are denied as unnecessary.

DATED: August 29, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
lowe1623.1

4

1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   FLOYD LOWE,

11              Plaintiff,                    No. CIV S-06-1623 LKK DAD P

12        vs.

13   CALIFORNIA DEP'T OF
     CORRECTIONS, et al.,                     NOTICE OF SUBMISSION
14
                Defendants.                   OF DOCUMENTS
15
     _____/
16

17              Plaintiff hereby submits the following documents in compliance with the court's

18   order filed _____:

19              _____ one completed summons form;

20              _____ [#] completed USM-285 forms; and

21              _____ [#] true and exact copies of the amended complaint filed [date].

22   DATED: _____.

23

24                                            _____
                                              Plaintiff
25

26