IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FLOYD LOWE,

        Plaintiff,                        No. CIV S-06-1623 LKK DAD P

    vs.

CALIFORNIA DEP'T OF CORRECTIONS, et al.,

        Defendants.               <u>ORDER</u>

_____/

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed September 2, 2008, this court ordered plaintiff to complete and return to the court, within thirty days, a completed summons, four USM-285 forms and five copies of his November 28, 2007 amended complaint which are required to effect service on the defendants. On September 29, 2008, plaintiff submitted the summons and four USM-285 forms but failed to file the five copies of the amended complaint.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to send plaintiff a copy of the amended complaint submitted on November 28, 2007 (Doc. No. 9); and

1

1                2.  Within thirty days, plaintiff shall complete the attached Notice of Submission
2 of Documents and submit to the court the notice and five copies of the November 28, 2007
3 amended complaint required to effect service.  Failure to return the notice and copies within the
4 specified time period will result in a recommendation that this action be dismissed.
5 DATED: October 10, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

9  DAD:cm/4
   lowe1623.8f

|   |   |
|---|---|
| 1 |  |
| 2 |  |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FLOYD LOWE,

      Plaintiff,                    No. CIV S-06-1623 LKK DAD P

    vs.

CALIFORNIA DEP'T OF
CORRECTIONS, et al.,                NOTICE OF SUBMISSION

      Defendants.              OF DOCUMENTS

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____ Five true and exact copies of the amended complaint filed Nov. 28, 2007.

DATED: _____.

 

                                                                    _____
                                                                    Plaintiff